IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE E. FRENCH
ADC #83338                                                                            PETITIONER

V.                                    5:09CV00317 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Petitioner's motion to dismiss (Docket # 8) is hereby granted and judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 19th day of January, 2010.

_____
James M. Moody
United States District Judge